IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| TELE-PUBLISHING, INC., <br>     Plaintiffs, <br><br> vs. <br><br> ANDREW B. SUTCLIFFE, SUTCLIFFE ASSOCIATES, LLC, CENTRAL ILLINOIS COMMUNICATIONS, LLC, INDEX NEWSPAPERS, LLC, WASHINGTON FREE WEEKLY, INC., CHICAGO READER, INC., W.M.T. PUBLICATIONS, INC.; and COPPERFIELD PUBLISHING, INC., <br><br>     Defendants. | NO. CIV-04-506 TUC MLR <br><br> **CONSENT JUDGMENT** |
| ANDREW B. SUTCLIFFE; SUTCLIFFE ASSOCIATES, LLC; INDEX NEWSPAPERS, LLC; WASHINGTON FREE WEEKLY, INC.; and CHICAGO READER, INC., <br><br>     Counterclaimants, <br><br> vs. <br><br> TELE-PUBLISHING, INC., <br><br>     Counterdefendant. | |

1  This matter having come before the Court and all the parties having reached final
2  agreement on settlement of the claims made in this action and all other claims that might
3  have been brought in this action, and all the parties having jointly moved the Court to
4  enter this Consent Judgment, the Court hereby enters judgment as follows:
5      1.  Plaintiff Tele-Publishing, Inc. is the owner of United States Letters Patent
6  Nos. 6,052,122 (the "'122 Patent"), 6,073,105 (the "'105 Patent"), 5,913,212 (the "'212
7  Patent"), and 6,249,282 (the "'282 Patent") (collectively, the "Patents").
8      2.  Each of the Patents is valid and enforceable.
9      3.  Judgment is hereby entered in favor of the plaintiff on the defendants'
10 counterclaim for invalidity.
11     4.  Plaintiff's requests in its Complaint for injunctive relief and money damages
12 are moot as the Court is advised that TPI and Sutcliffe Associates, LLC have entered into
13 a separate license agreement regarding the technology which is the subject of the Patents-
14 in-suit. Accordingly, no injunction shall issue and no damages shall be awarded.
15     5.  All remaining claims and counterclaims are dismissed with prejudice.
16     6.  Each party shall bear its own costs and attorneys's fees. All rights to appeal
17 are waived.
18 DATED: Nov. 10, 2005.

United States District Court Judge